IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| K. C. S., | § | |
| | § | |
| *Petitioner*, | § | |
| | § | No. 3:26-cv-1818-M |
| v. | § | |
| | § | |
| THOMAS BARGAMI, | § | |
| | § | |
| *Respondent*. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed for plain error the proposed findings, conclusions, and recommendation. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 23rd day of November, 2026.

Kasdin M. Mitchell
KASDIN M. MITCHELL
UNITED STATES DISTRICT JUDGE